IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CROP PRODUCTION SERVICES,    )
INC., a Delaware             )
Corporation,                 )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:13cv615-MHT
                             )         (WO)
SOUTHLAND SEED & GRAIN,      )
LLC, an Alabama limited      )
liability company;           )
BASIL LASHAUN MCLAUGHLIN,    )
a citizen of Alabama;        )
and CHAD THRASH, a citizen   )
of Alabama,                  )
                             )
     Defendants.             )
```

JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Crop Production Services, Inc.'s motion for default judgment against defendants Southland Seed &

Grain, LLC, Basil Lashaun McLaughlin, and Chad Thrash (Doc. No. 17) is granted.

(2) Judgment is entered in favor of plaintiff Crop Production Services, Inc., and against defendants Southland Grain & Seed, LLC, McLaughlin, and Thrash.

(3) Plaintiff Crop Production Services, Inc., shall recover from defendants Southland Grain & Seed, LLC, McLaughlin, and Thrash, jointly and severally, the sum of $ 156,220.86, plus interest accruing at $ 55.4537 per day after November 20, 2013.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of January, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE